**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6549**

---

EDWARD W. JEFFERSON,

Plaintiff - Appellant,

versus

OFFICER HAMILTON; SERGEANT HAM,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Paul W. Grimm, Magistrate Judge. (CA-95-
2661-JFM)

---

Submitted: August 28, 1997      Decided: November 4, 1997

---

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Edward W. Jefferson, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Glenn William Bell, OFFICE OF THE ATTORNEY GEN-
ERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order entering judgment upon the jury's verdict in favor of the defendant on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and find no reversible error. Appellant failed to provide a transcript of the jury trial held on April 3 and 4, 1997. See Fed. R. App. P. 10(b)(2); Powell v. Estelle, 959 F.2d 22, 26 (5th Cir. 1992). Moreover, Appellant has failed to state a substantial claim justifying preparation of a transcript at government expense. 28 U.S.C. § 753(f) (1994). Consequently, we deny leave to proceed in forma pauperis and dismiss the appeal. Appellant's motion for appointment of counsel is hereby denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED